CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STELIAN COTOVICI,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. 4:25-cv-10647 JST

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~ ORDER]**

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On July 2, 2026, the Court granted the parties' request to stay proceedings until July 23, 2026. Dkt. No. 18. United States Citizenship and Immigration adjudicated Plaintiff's Form I-589 on July 10, 2026. Plaintiff's counsel needs additional time to review the decision with his client.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 6, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

administrative resolution.

Dated: July 23, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 23, 2026

*/s/ Marc A. Karlin*
MARC A. KARLIN
Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 24, 2026

JON S. TIGAR
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.